# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145055(54)

In re BRADLEY ESTATE
_____

NANCY MICK, Personal Representative of the
ESTATE OF STEPHEN BRADLEY, Deceased,
           Petitioner-Appellee,

v

KENT COUNTY SHERIFF'S DEPARTMENT,
           Respondent-Appellant.
_____

SC: 145055
COA: 299640
Kent CC: 09-001348-AV

On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument is considered and it is granted, limited to ten minutes of the thirty minutes allotted to respondent-appellant.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2013

_____
Clerk